CLS
6/16/22

DOA: 06/15/22

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-MJ-8412-WVG |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| V. | 18 U.S.C. § 922(g)(1)(a) - Felon in Possession of a Firearm |
| Jose CONTRERAS (1),<br>Fernando CONTRERAS (2),<br>Andrew BANDA (3),<br>Natalie ZERMENO (4), | 21 U.S.C. § 841- Distribution of a Controlled Substance |
| Defendants. | |

The undersigned complainant being duly sworn states:

### Count 1

On or about June 15, 2022, within the Southern District of California, defendant Jose CONTRERAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a black semi-automatic .25 caliber pistol, Armi Tanfgolio, containing eight rounds of .25 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1)(a).

### Count 2

On or about June 15, 2022, within the Southern District of California, defendant Fernando CONTRERAS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a silver .38 caliber revolver with serial #180483 ; in violation of Title 18, United States Code, Section 922(g)(1)(a).

### Count 3

On or about June 15, 2022, within the Southern District of California, defendant Andrew BANDA, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a black and brown .22 caliber Ruger revolver with serial #26239097 with 16 rounds of .22 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1)(a).

### Count 4

On or about June 15, 2022, within the Southern District of California, defendant Natalie ZERMENO, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Eric Flores
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 16th day of June, 2022.

_____
HON. WILLIAM V. GALLO
United States Magistrate Judge

3

UNITED STATES OF AMERICA
v.
Jose CONTRERAS (1),
Fernando CONTRERAS (2),
Andrew BANDA (3),
Natalie ZERMENO (4),

## STATEMENT OF FACTS

On June 15, 2022, investigators were conducting surveillance on the residence of JOSE CONTRERAS located at 604 N. Imperial Ave. Brawley, CA., within the Southern District of California. Investigators observed a white BMW sedan bearing California license plate #5ZRF522 and a red Nissan Sentra bearing California license plate # 7DAL590 leave the residence and begin driving erratically. Uniformed officers from the Brawley Police Department (BPD) followed both vehicles for approximately a mile and conducted a traffic stop on both vehicles for reckless driving, in violation of California Vehicle Code § 23103, and failure maintain lanes, in violation of California Vehicle Code § 21658.

An officer approached the white BMW and immediately recognized the driver as FERNANDO CONTRERAS from prior law enforcement contacts. The officer noticed that FERNANDO CONTRERAS appear extremely nervous and was visibly shaking. FERNANDO CONTRERAS appeared to be under the influence and was detained.

An officer approached the Nissan Sentra and recognized the driver as JOSE CONTRERAS and the rear passenger as ANDREW BANDA. An officer also observed narcotics and paraphernalia in plain view. There was a third occupant of the vehicle, who identified herself as "Corina Arujo," which was discovered to be a false name. The female was later identified as NATALIE ZERMENO, who had an active warrant. All the occupants were removed from the vehicle.

A United States Border Patrol K9 narcotics detection unit arrived on the scene and the trained canine alerted to the white BMW. JOSE CONTRERAS provided consent to the search of the Nissan Sentra.

During the search of the Nissan Sentra, a loaded .25 caliber pistol was located under the driver's seat, where JOSE CONTRERAS has been sitting. The firearm was in arms

reach of JOSE CONTRERAS and placed in a position of advantage for the driver to access the weapon. A second firearm was located under the rear passenger's seat, where ANDREW BANDA had been sitting. The rear seat had been modified in order to give the passenger sitting on it easy access to the contents of what was under the seat. BANDA's cell phone was also located right next to the .22 caliber Ruger revolver.

BPD officers searched the white BMW and located a .38 caliber handgun in the glove compartment.

Subsequently all four of the defendants were taken to the Brawley Police Department for processing and interview.

While at the Brawley Police Department, a female officer conducted a through pat down search of NATALIE ZERMENO, during the search approximately 158 grams of methamphetamine was discovered in NATALIE ZERMENO's vaginal area.

During a post-Miranda interview of JOSE CONTRERAS, he admitted to handling the weapon that was underneath the driver's seat of his vehicle, the day before the incident. JOSE CONTRERAS also said the gun in the car belonged to ANDREW BANDA.

In the post-Miranda interview of FERNANDO CONTRERAS admitted he had purchased the gun that was in the glove box for protection because he and his brother had recently been shot at.

During the post-Miranda interview of NATALIE ZERMENO, she admitted to picking the drugs up in the car and putting them in her pants. NATALIE ZERMENO said she did not know there were firearms in the vehicle.

Investigators attempted to interview ANDREW BANDA in an interview room at Brawley Police Department. Before investigators could Mirandize ANDREW BANDA, he removed a small package from his pants, bit into it, and then threw the package to FERNANDO CONTRERAS, endangering all the occupants in the room, as the package was later determined to contain approximately 55 grams of a substance suspected to be fentanyl. FERNANDO CONTRERAS attempted to conceal the package in his pants.

ANDREW BANDA appeared to suffer the systems of an overdose, was administered 4 doses of Narcan, and rushed to the hospital.

A record check on JOSE CONTRERAS revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/28/2003 | California Superior Court – Imperial | Cal. Penal Code 496; Receiving Stolen Prop. | 180 days jail, 3 years probation |
| 01/12/2005 | California Superior Court – Imperial | Cal. Vehicle Code; 10851(A), Auto Theft | 120 days jail |
| 05/19/2005 | California Superior Court – Imperial | Cal penal Code; 12021- Felon in Poss. Of Firearm | 16 month prison |
| 02/16/2006 | California Superior Court – Imperial | Cal penal Code; 487- Grand Theft | 3 years prison |
| 01/08/2008 | California Superior Court – Imperial | Cal Penal Code; 215- Carjacking | 5 years prison |
| 08/06/2014 | California Superior Court- Imperial | Cal. Penal Code 459- First Degree Burglary | 4 years prison |
| | | | |

A record check on Fernando CONTRERAS revealed that he had the following criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 05/22/2002 | California Superior Court – Fontana | Cal. H&S 11370.1(A)- Poss. Of a Controlled Sub. While armed | 180 days jail. 3 years probation. |

6

| 06/19/2003 | California Superior Court – Imperial | Cal. Penal Code 496- receiving stolen prop. | 3 years probation. |
| 05/18/2005 | California Superior Court – Imperial | Cal penal Code; 12021- Felon in Poss. Of Firearm | 16 month prison |
| 05/12/2006 | California Superior Court – Imperial | Cal. Penal Code; 12020- Carrying a dirk or dagger | 16 months prison |
| 07/02/2011 | California Superior Court – Imperial | Cal Penal Code; 12020- Carrying a dirk or dagger | 3 years prison |
| 09/13/2013 | California Superior Court – Imperial | Cal Penal Code; 496- poss. Of stolen prop. | 16 months |

A record check on ANDREW BANDA revealed that he had the following criminal history:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
| --- | --- | --- | --- |
| 06/01/2020 | California Superior Court – Imperial | Cal. H&S 11379- Transportation of a cont. sub. | 2 years jail, 15 months probation |

Preliminary checks revealed that none of the firearms that were recovered from the scene were manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

7