# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CONTRERAS (1),<br><br>Defendant. | Case No. 22CR1467-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment against Jose Contreras in this matter without prejudice is GRANTED.

DATED: 11/13/23

HON. TODD W. ROBINSON
U.S. DISTRICT COURT JUDGE